IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR BOGATYI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:11-CV-01516 JLT<br><br>ORDER TO SHOW CAUSE WHY THE<br>ACTION SHOULD NOT BE DISMISSED<br>FAILURE TO PROSECUTE AND FAILURE<br>OBEY THE COURT'S ORDERS |

Plaintiff Viktor Bogatyi ("Plaintiff") initiated this action by filing a complaint on September 6, 2011. (Doc. 1). On September 8, 2011, summons were issued as to the Commissioner of Social Security (Doc. 4). In addition, the Court issued its "Scheduling Order" (Doc. 5) and "Order re Consent or Request for Reassignment" (Doc. 5-1). Plaintiff was ordered to "serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge . . . and file return of service" within twenty days, or by September 28, 2011. (Doc. 5 at 1-2). In addition, Plaintiff was ordered to complete and return the consent form within 90 days, or by December 8, 2011. (Doc. 5-1 at 1). To date, Plaintiff has failed to comply with or otherwise respond to the Court's Orders by filing a proof of service or completing and returning the consent form.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. "District courts have

1  inherent power to control their dockets," and in exercising that power, a court may impose sanctions
2  including dismissal of an action.  *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831
3  (9th Cir. 1986).  A court may dismiss an action based upon a party's failure to obey a court order,
4  failure to prosecute an action, or failure to comply with local rules.  *See*, *e.g. Ferdik v. Bonzelet*, 963
5  F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring
6  amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987)
7  (dismissal for failure to comply with a court order).

      Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for his failure to prosecute and failure to follow the Court's Order, *or in the alternative*, to file a proof of service indicating the defendant has been served with the documents required by the Court's order, and complete and file the form indicating whether Plaintiff consents to or declines the jurisdiction of the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **December 13, 2011**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE